IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: Chapter 13
ROBERT A. SYPNIEWSKI, :
:
Debtor : 5:12-bk-04640
_____

**ORDER UPON DEBTOR'S MOTION FOR**
**CONTINUATION OF THE AUTOMATIC STAY**

Upon consideration of the Debtor's Motion for Continuation of Automatic Stay filed with the Court on August 8, 2012,

**IT IS HEREBY ORDERED and DECREED** that, the relief sought by the Debtor in his Motion for Continuation of Automatic Stay is hereby approved.

By the Court,

*[signature]*

Dated: September 5, 2012

John J. Thomas, Bankruptcy Judge
(PJR)