UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT A. SYPNIEWSKI : CHAPTER 13
    Debtor(s) :
     :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
     :
    vs. :
     :
ROBERT A. SYPNIEWSKI :
    Respondent(s) : CASE NO. 5-12-bk-04640

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 15th day of October, 2012, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

    Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

    a. Average federal income tax refund not considered.

    2. The Trustee avers that debtor(s) plan is not feasible based upon the following:

    a. The debtor(s) has previously filed a Chapter 13 Plan for payment
       of mortgage arrears and defaulted under said plan.

    WHEREFORE, Trustee alleges and avers that debtor(s)' plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s)' plan.
    b. Dismiss or convert debtor(s)' case.
    c. Provide such other relief as is equitable and just.

                           Respectfully submitted:

                           /s/Charles J. DeHart, III
                           Standing Chapter 13 Trustee
                           8125 Adams Drive, Suite A
                           Hummelstown, PA 17036
                           (717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this   24th   day of October, 2012, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

David Harris, Esquire
15 Public Square, Suite 310
Wilkes Barre, PA   18701

                                                /s/Deborah A. Behney
                                                Office of Charles J. DeHart, III
                                                Standing Chapter 13 Trustee